In the Matter of MARGARET MAYO, Appellant, against WILLIAM C. CHANLER, as Corporation Counsel of the City of New York, Respondent.

Argued November 13, 1939; decided November 28, 1939.

*Frederick E. Weinberg, Florence J. Sullivan* and *Meyer Kurz* for appellant.

*William C. Chanler, Corporation Counsel (Henry R. Bright, John Suglia* and *Theodore R. Lee* of counsel), respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.